IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE ARMBRUSTER, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-1006 |
| v. | : | |
| JOHN C. CAVANAUGH, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 9th day of March, 2010, it is hereby ORDERED that Defendants' Motion to Dismiss (Docket No. 7) is GRANTED and the Amended Complaint is DISMISSED WITH PREJUDICE. The Clerk shall mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES II
UNITED STATES DISTRICT JUDGE